**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Raymond Edward CHESTNUT, a/k/a
Snoop, a/k/a Ray, Defendant—
Appellant.**

No. 08–8447.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2009.

Decided: March 24, 2009.

Raymond Edward Chestnut, Appellant Pro Se. Rose Mary Sheppard Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chesnut appeals the district court's order denying his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Chesnut*, No. 4:05–cr–01044–RBH–1 (D.S.C. Oct. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*